

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-16-00450-CV

**IN RE GRANDE GARBAGE COLLECTION CO. LLC,** and Patricio Hernandez,
Individually and d/b/a Grande Garbage Collection Co.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Jason Pulliam, Justice

On July 14, 2016, Relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than August 1, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 15, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. DC-15-604, styled *BFI Waste Services of Texas, LP, d/b/a Allied Waste Services of Rio Grande Valley, v. City of Rio Grande, Texas; Joel Villarreal, Hernan R. Garza, III, Rey Ramirez, and David Jones, in their official and individual capacities; Patricia Hernandez d/b/a Grande Garbage Collection Co.; and Grande Garbage Collection Co., L.L.C.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Migdalia Lopez presiding.